SCANNED at LSP and Emailed
3-18-25 by ___UB___. _12_ pages
date          initials   No.

A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**RECEIVED**

MAR 1 8 2025

Legal Programs Department

JAMES SIBLEY _____

#464664 _____
Inmate (DOC) number

VERSUS

M/SGT. DEVON KING, LSP _____
JEFFERY FRANKLING, LSP COL.

## Instructions for Filing Complaint by Prisoners
## Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

IF YOU ARE A PARISH PRISONER, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

IF YOU ARE A D.O.C. PRISONER, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for each defendant no longer employed by the Department of Corrections.

**All copies of the complaint must be identical to the original.**

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly the same**.

In order for this complaint to be filed, it must be accompanied by the filing fee of $ 350.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in *forma pauperis*. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. **THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, <u>DO NOT INCLUDE EXHIBITS</u>.**

When you have completed these forms, mail the original and copies to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I.     Previous Lawsuits

    A.     Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?     Yes ( ) No ( X )

    B.     If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1.  Parties to this previous lawsuit
       Plaintiff(s): _____ N/A _____

       Defendant(s): _____ N/A _____

    2.  Court (if federal court, name the district; if state court, name the parish): __N/A__

    3.  Docket number: _____ N/A _____

    4.  Name of judge to whom case was assigned: _____ N/A _____

    5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):

    6.  Date of filing lawsuit: _N/A_____

    7.  Date of disposition: _____ N/A _____

    C.  Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?     Yes ( )   No ( X )

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

_____

_____

3.

II.   Place of present confinement:<u>LOUISIANA STATE PENITENTIARY</u>

A.  Is there a prisoner grievance procedure in this institution?   Yes ( X ) No ( )

B.  Did you present the facts relating to your complaint in the state prisoner grievance procedure?
        Yes ( X ) No ( )

C.  If your answer is YES:

1.  Identify the administrative grievance procedure number (s)  in  which the  claims  raised  in this complaint were addressed.  <u>LSP-2024-0710</u>

2.  What steps did you take?   <u>Filed a timely Administrative Remedy Request that was accepted on May</u>

<u>17, 2024 with no further action until November 13, 2024.  Then sought review at the Department level.</u>

3.  What was the result?   <u>Denied at both levels.</u>

D.  If your answer is NO, explain why not: _____

3.

III.  **Parties**

(In Item A below, place your name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.)

A. Name of plaintiff <u>James Sibley #464664, General Delivery, Louisiana State Prison, Angola, LA 70712.</u>

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank.  Use Item C for the  names,  positions,  and places  of  employment  of  any additional defendants.

B.  Defendant <u>Devon King, M/Sgt., is employed at Louisiana State Penitentiary, Angola, LA.</u>

C.  Additional Defendants: _____

IV.  **Statement of Claim**

State here  as briefly  as possible the <u>facts</u> of your case.  Describe how each defendant is involved. Include also  the names  of other persons involved, dates, and places.  **Do  not  given  any  legal arguments or cite any cases  or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate  paragraph. (Use as much space as you need.  Attach extra sheets if necessary.)

<u>On, (Saturday) March 2, 2024, I, James Sibley was  instructed by Wolf Unit Officer that, Col. Jeffery Franklin wanted to see me in his office. Upon arrival at medium gate, M/Sgt. King asked, "where are you going?" I informed M/Sgt. King that, Col. Franklin wanted to see me in his office. M/Sgt. stated, "Col. Franklin is not here, go back to your unit. I immediately returned to my assigned unit. When the officer working Wolf Unit saw me, she again ordered me to go see Col. Franklin. I then went back to the gate and asked M/Sgt. King to call Col. Franklin for verification. M/Sgt. King – while with two female officers – stated, "didn't I tell your ass the Colonel is not here!" M/Sgt. King then proceeded to  open the  medium  gate and grabbed me while twisting my arm in an unnatural position. At no time, did I resist not only because I am 74 years old, but also because I was (and still) being treated for bone cancer. Which I explained in asking M/Sgt. King to allow me to walk the approximately 200 yards, instead of being dragged. M/Sgt. King's response was, "fuck you, you can see the Colonel in the dungeon."</u>

4.

When I arrived in administrative segregation, Capt. K. Davis (Supervisor) asked , M/Sgt. King was going on? He refused to respond and placed me in a shower and left the unit. Colonel Franklin subsequently made rounds on segregation and stated, "he did send for me and that M/Sgt. King should have called him instead of having this situation occur. I was released from administrative segregation and the report written by M/Sgt. King was dismissed per orders of Colonel Franklin. Meanwhile, the physical damage caused by M/Sgt. King's wreck-less behavior is ongoing and permanent. I am still being treated for injuries directly caused by this incident. In reviewing my medical records, it will be easy to distinguish between the injuries caused by this incident and any pre-existing ailments.

Colonel Jeffery Franklin is being included in these proceedings due to failure to supervise subordinates under his charge and failing to properly investigate this incident. After determining that, M/Sgt. King was negligent in his actions, Colonel Frankling did nothing more than merely having a falsified report dismissed.

## V.    Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits.

1) just monetary compensation for injuries; 2) a thorough investigation be conducted by an independent agency; and 3) appropriate charges be brought against M/Sgt. King.

## VI.    Plaintiff's Declaration

1.    I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

5.

2.      I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any cost assessed by the Court, which, after payment of the partial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3.      I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this ___*12*___ day of ___*March*___, 20_*25*_


_____
Signature of plaintiff(s)